# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA JULIANO, individually & on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : |
| v. | :  Civil Action No.: |
| | : |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC | : : |
| | : |
| Defendant. | : |

## NOTICE OF REMOVAL

Without waiving any defenses, Rushmore Loan Management Services, LLC ("Rushmore"), by and through its attorneys, Troutman Pepper Hamilton Sanders LLP, hereby removes this civil action, pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, Case No. 211102617 (the "Common Pleas Action"), to the United States District Court of the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1441 and 1446, as amended, and in accordance with 28 U.S.C. § 1331, on the following grounds:

## BACKGROUND

1. Plaintiff Dana Juliano ("Plaintiff") commenced the Common Pleas Action against Rushmore by filing a complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania on or about December 3, 2021 (the "Complaint").

2. Plaintiff served the Complaint on Rushmore on December 13, 2022.

3. The Complaint alleges a single putative class action cause of action against Rushmore, Violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq.

4. This action is removed to federal court pursuant to 28 U.S.C. § 1441 because the Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

## COMPLIANCE WITH STATUTORY REQUIREMENTS

5. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the Complaint is attached hereto as **Exhibit A.**

6. Upon information and belief, no other process, pleadings, or orders, excluding the Complaint, have been served upon Rushmore in this Action.

7. This Court has original jurisdiction over the Complaint under 28 U.S.C. § 1331 because the Complaint's FDCPA cause of action arises under the laws of the United States. Accordingly, removal to this Court is proper under 28 U.S.C. § 1441(a).

8. This removal is timely because it is filed within thirty (30) days of service of Plaintiff's Complaint as required by 28 U.S.C. § 1446(b)(1).

9. Plaintiff filed the Common Pleas Action in the Court of Common Pleas of Philadelphia County, Pennsylvania, which is located within the Eastern District of Pennsylvania. Therefore, this action may be removed to this Court, because it is

the "district and division embracing the place where [the Common Pleas Action is] pending." *See* 28 U.S.C. § 1441(a).

10. In accordance with 28 U.S.C. § 1446(d), Rushmore is concurrently filing a Notice of Filing Notice of Removal in the Common Pleas Action and is serving the same on Plaintiff. A true and correct copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

## RESERVATION OF RIGHTS

11. Rushmore denies the allegations contained in Plaintiff's Complaint and files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court.

12. Further, in making the allegations in this Notice of Removal, Rushmore does not concede in any way that the allegations in the Complaint are accurate, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought is authorized or appropriate.

13. Rushmore also reserves the right to amend or supplement this Notice of Removal. And, in this regard, if any questions arise as to the propriety of the removal of the Common Pleas Action, Rushmore expressly requests the opportunity

to present a brief, oral argument, and any further evidence necessary in support of its position that this action is removable.

WHEREFORE, in accordance with the authorities set forth above, Rushmore hereby removes this action from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court of the Eastern District of Pennsylvania and requests such other and further relief as the Court deems appropriate and just.

Date: January 12, 2022.

/s/ Martha E. Guarnieri
Martha E. Guarnieri (PA I.D. No. 324454)
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215.981.4547
Facsimile: 800.768.6227
Martha.Guarnieri@troutman.com

Jon Hubbard (*pro hac vice forthcoming*)
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: 804.697.2241
Facsimile: 804.697.1339
Jon.Hubbard@troutman.com

*Attorneys for Defendant Rushmore Loan Management Services, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on January 12, 2022, I caused the foregoing to be served on the parties below through filing on the Court's CM/ECF service:

Robert P. Cocco, Esquire
Robert P. Cocco, P.C.
1500 Walnut St., Suite 900
Philadelphia, PA 19102
Telephone: 215.351.0200
Facsimile: 215.261.6055
Bob.Cocco@outlook.com

*Attorney for Plaintiff Dana Juliano*

                                              /s/ Martha E. Guarnieri
                                              Martha E. Guarnieri